

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-11-00211-CV

CLAUDE L. DAILEY, JR.                                                 APPELLANT

V.

PATRICIA ANN DAILEY                                                 APPELLEE

----------

### FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Claude L. Dailey, Jr. attempts to appeal temporary orders in a divorce suit that state they are effective only until the final decree is rendered. We notified the parties of our concern that this court may not have jurisdiction over the appeal because the orders did not appear to be appealable. We informed the parties that unless appellant or any party desiring to continue the appeal filed a timely response with the court showing grounds for

---

[1]*See* Tex. R. App. P. 47.4.

continuing the appeal, we would dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 44.3.

We received a response, but it does not show grounds for continuing the appeal.  Temporary orders are not appealable interlocutory orders.  *See* Tex. Fam. Code Ann. § 105.001(e) (West 2008); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (West 2008) (listing types of appealable interlocutory orders); *In re J.W.L.*, 291 S.W.3d 79, 83 (Tex. App.—Fort Worth 2009, orig. proceeding [mand. denied]) (noting that temporary order is not appealable). Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  August 4, 2011

2